No. 344. TELLADO, APPELLANT, v. REGISTRAR OF CAGUAS, RESPONDENT.—Administrative appeal. December 14, 1917. *Affirmed.*

No. 1628. PADOVANI, APPELLEE, v. NEW CÓRSICA CENTRALE CORPORATION, APPELLANT. — Change of venue. Mayagüez. December 17, 1917. *Appeal withdrawn.*

No. 1585. NEW CÓRSICA CENTRALE CORPORATION, APPELLANT, v. ANA MARÍA SUGAR COMPANY ET AL., APPELLEES.—Contract. Mayagüez. December 17, 1917. *Appeal withdrawn.*

No. 1512. GOFFINET ET AL., APPELLEES, v. SÁNCHEZ, APPELLANT.—Injunction. Humacao. December 18, 1917. *Dismissed.*

No. 212. RAMÍREZ ET AL., PETITIONERS, v. FOOTE, DISTRICT JUDGE, RESPONDENT.—Certiorari. Mayagüez. December 18, 1917. *Petition denied.*

No. 1639. PORTO RICO MOSAIC Co., APPELLEE, v. MUNICIPALITY OF PONCE, APPELLANT.—Debt. Ponce. December 19, 1917. *Dismissed.*

No. 1657. FERNÁNDEZ, APPELLANT, v. MANRIQUE ET AL., APPELLEES.—Attachment. Humacao. December 19, 1917. *Dismissed.*

No. 1683. SUCCESSION OF SERRANO, APPELLANT, v. SERRANO, APPELLEE.—Ejectment. Arecibo. December 19, 1917. *Dismissed.*